### 3709. ROGERS v. NATIONAL CASH REGISTER CO.

RUSSELL, J. There being no bona fide attempt to make a brief of the evidence as required by law (the purported brief containing all the questions of counsel and the answers of witnesses in full, as' well as the rulings of the court in extenso, and including colloquies between the court and counsel), and all the assignments of error being dependent, for their determination, upon a consideration of the evidence, in accordance with the ruling of the Supreme Court in *Whitaker* v. *State*, 138 *Ga.* 139 (see, also, ante, 208, 213), the judgment of the lower court must be affirmed. *Judgment affirmed.*

DECIDED SEPTEMBER 24, 1912.

Trover; from city court of Atlanta—Judge Reid. June 14, 1911.

*Morris Macks, Lamar Hill, J. H. & J. A. Dodgen, Jackson & Smith,* for plaintiff in error.

*W. S. Dillon, Anderson, Felder, Rountree & Wilson,* contra.

---

### 3724. ARNALL-COUCH-POWERS CO. v. NATIONAL DISCOUNT CO.

RUSSELL, J. It appearing that the contract which was the basis of this suit was an entire contract, it devolved upon the defendant either to accept the contract as a whole or to rescind it as a whole. The defendant could not affirm the contract by accepting a part of the goods purchased, and rescind it in part by rejecting another portion. For this reason, the verdict in favor of the plaintiff was demanded by the evidence. *Judgment affirmed.*

DECIDED SEPTEMBER 24, 1912.

Complaint; from city court of Newnan—Judge Post. August 15, 1911.

*T. G. Farmer Jr., W. C. Wright,* for plaintiff in error.
*Hall & Jones,* contra.